[No. 32128-5-I.    Division One.    May 1, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD
MILES-BEY, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-1-05609-3, Deborah Fleck, J., entered January 15, 1993. *Affirmed* by unpublished opinion per Baker,
C.J., concurred in by Grosse and Cox, JJ.

[No. 31863-2-I.    Division One.    May 1, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. DEWAYNE
PERRY, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-1-01289-4, Peter Jarvis, J., entered November
19, 1992. *Affirmed* by unpublished opinion per Cox, J., concurred in by Baker, C.J., and Coleman, J.

[No. 32636-8-I.    Division One.    May 1, 1995.]

FERNDALE BAND BOOSTERS, *Appellant*, v. ROY A.
ROBINSON, *Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 91-2-00905-4, Steven J. Mura, J., entered
May 19, 1993. *Reversed* by unpublished opinion per Baker,
C.J., concurred in by Webster, J., and Pekelis, J. Pro Tem.

[No. 33052-7-I.    Division One.    May 1, 1995.]

THE STATE OF WASHINGTON, *Appellant*, v. RICARDO
BOWMAN, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 93-1-02392-4, Patricia H. Aitken, J., entered
June 11, 1993. *Affirmed* by unpublished opinion per Webster,
J., concurred in by Coleman and Becker, JJ.